No. 87–1095. Director, Office of Workers' Compensation Programs, United States Department of Labor *v.* Broyles et al. C. A. 4th Cir. Motion of respondents Charlie Broyles and Lisa Kay Colley for leave to proceed *in forma pauperis* granted. Certiorari granted, case consolidated with No. 87–821, *Pittston Coal Group et al.* v. *Sebben et al.* [certiorari granted, 484 U. S. 1058], and No. 87–827, *McLaughlin, Secretary of Labor, et al.* v. *Sebben et al.* [certiorari granted, 484 U. S. 1058], and a total of one hour allotted for oral argument.

No. 87–781. Atkinson *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 87–943. City of St. Louis *v.* Jamison. C. A. 8th Cir. Certiorari denied.

No. 87–985. Fina Oil & Chemical Co. et al. *v.* El Paso Natural Gas Co. Sup. Ct. Tex. Certiorari denied.

No. 87–992. McNeil *v.* United States. C. A. D. C. Cir. Certiorari denied.

No. 87–1015. Monahan et al. *v.* Federal Trade Commission. C. A. 1st Cir. Certiorari denied.

No. 87–1049. Air Florida System, Inc., et al. *v.* Federal Deposit Insurance Corporation. C. A. 9th Cir. Certiorari denied.

No. 87–1069. Arcoren *v.* Peters et al. C. A. 8th Cir. Certiorari denied.

No. 87–1077. Millang *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 87–1139. Gagliardi *v.* Ziegler et al. C. A. 3d Cir. Certiorari denied.

No. 87–1140. Purcell *v.* Commissioner of Internal Revenue. C. A. 6th Cir. Certiorari denied.